UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/21

Hernandez Gabino, et al.,

        Plaintiffs,

    –v–

S&P 72 Corp. & Sudhir Bhat,

        Defendants.

16-cv-6541 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's Order dated July 7, 2020, the parties were to submit a joint status report "by the earlier of the lift of the automatic stay or one year from the date of this Order." Dkt. No. 51. The Court is not in receipt of a status report. The parties shall file such a report on or before July 21, 2021.

    SO ORDERED.

Dated: July 14, 2021
      New York, New York

_____
    ALISON J. NATHAN
    United States District Judge