UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERNANDEZ GABINO, et al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>S&P 72 CORP. D/B/A LIME LEAF and SUDHIR BHAT,<br><br>        Defendants. | Case No. 1:16-cv-06541 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of a letter from Plaintiffs' counsel, dated March 9, 2023, requesting leave to withdraw as counsel for one of the Plaintiffs, Mr. Ramon Galindo Flores, because she has been unable to contact him for some time.  ECF No. 79.  IT IS HEREBY ORDERED that all counsel, and Plaintiff Ramon Galindo Flores shall appear for a conference on **April 4, 2023**, at 2:30 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  Plaintiff's counsel shall serve Plaintiff Ramon Galindo Flores with a copy of this Order and file proof of service on the docket by **March 23, 2023**.

Dated: March 10, 2023
    New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge