UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERNANDEZ GABINO, et al.,

                Plaintiffs,

-against-

S&P 72 CORP. D/B/A LIME LEAF and SUDHIR BHAT,

                Defendants.

Case No. 1:16-cv-06541 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record at the April 4, 2023 conference, Plaintiff's counsel's motion to withdraw as counsel is GRANTED.

    IT IS FURTHER ORDERED that Plaintiff Flores shall retain new counsel no later than **May 4, 2023**, and counsel shall file a notice of appearance on the docket by that same date. If Plaintiff intends to proceed *pro se*, he must file a notice of *pro se* appearance no later than **May 4, 2023** and provide the Court with their current mailing and e-mail address. The form can be found on the Pro Se Office's website at https://www.nysd.uscourts.gov/prose.

    IT IS FURTHER ORDERED that CSM Legal shall serve a copy of this Order, in both English and Spanish, on Plaintiff Flores within seven (7) days of the date of this Order, and file an affidavit confirming service within three (3) days of service.

    Failure of Plaintiff to locate counsel or appear *pro se* within the deadlines set forth above may result in dismissal of this case for failure to prosecute.

Dated: April 4, 2023
       New York, New York

                                    SO ORDERED.

                                    *Jennifer Rochon*
                                    JENNIFER L. ROCHON
                                    United States District Judge