UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERNANDEZ GABINO, et al.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>S&P 72 CORP. D/B/A LIME LEAF and SUDHIR BHAT,<br><br>        Defendants. | Case No. 1:16-cv-06541 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On April 4, 2023, the Court granted counsel's motion to withdraw, and directed Plaintiff Ramon Galindo Flores to retain new counsel or appear *pro se* no later than May 4, 2023. To date, Plaintiff has not made any filings on the docket.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a letter, no later than **June 30, 2023**, indicating whether he intends to proceed with this litigation. Failure to file a letter by that date will result in dismissal of this case for failure to prosecute without further notice to the Plaintiff.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the following address:

  Ramon Galindo Flores
  1908 Prospect Ave Apt C
  Bronx, NY 10457

Dated: June 5, 2023
    New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge